# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00324-CV

**Hugo Verhaeghe, Appellant**

**v.**

**Colleen Johnson, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. 99-07780, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The attorney for Hugo Verhaeghe has informed this Court that appellant has died and that this appeal of an order denying appellant's motion to modify a custody decree should be dismissed. We dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellant's Motion

Filed: August 9, 2006